IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE L. MASON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN KERESTES, et al. | : | NO. 12-4060 |

ORDER

AND NOW, this 12th day of May, 2014, upon consideration of Andre L. Mason's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (contained in docket entry # 1) and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Sandra Moore Wells (docket entry # 13), to which no one filed objections within the time that Loc. R. Civ. P. 72.1 IV(b) prescribes, and the Court finding that in Judge Wells's well-reasoned Report and Recommendation he properly examined all issues of fact and law relevant to the disposition of White's petition, it is hereby ORDERED that:

      1.      The Report and Recommendation (docket entry # 13) is APPROVED and ADOPTED;

      2.      Mason's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (docket entry # 1) is DENIED;

      3.      Mason having failed to make a substantial showing of the denial of a constitutional right, we decline to issue a certificate of appealability; and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

<u>/s/ Stewart Dalzell, J.</u>


4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

<u>/s/ Stewart Dalzell, J.</u>